CITY OF OAKLAND 

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney
Barbara J. Parker
City Attorney
Wendy M. Garbers
Deputy City Attorney

(510) 238-3601
FAX: (510) 238-6500
TTY/TDD: (510) 238-3254
(510) 238-6524

May 29, 2014

**VIA E-FILED (ECF)**

Honorable Laurel Beeler
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Rickey Clay v. City of Oakland, et al**
**USDC Northern District Case No. C 13-04633-NC**

Dear Judge Beeler:

I write regarding the settlement conference in the above-captioned matter. The Court recently rescheduled the settlement conference from June 20 to June 17. Defendants respectfully request that defendant Blair Alexander be excused from appearing at the settlement conference. Blair Alexander no longer works for the City of Oakland and is now employed by the Alameda County District Attorney's Office as an Inspector. While Mr. Alexander was able to participate on June 20, he has work obligations on June 17 that cannot be moved. Individually-named officer defendants do not have settlement authority with regard to the allegations of the complaint, in any event.

The other individually-named defendants (former City Administrator Deanna Santana, Officer Marcos Campos, and Sergeant Rachael Van Sloten) plan to personally attend and participate.

Thank you for the Court's attention to this matter.

Very truly yours,

Barbara J. Parker
City Attorney

By: Wendy Garbers
Wendy M. Garbers
Deputy City Attorney

cc: Yolanda Huang, Esq.