1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

RICKEY CLAY, also known as BAKARI OLATUNJI,

           Plaintiff,

      v.

CITY OF OAKLAND, and others,

           Defendants.

Case No. 13-cv-04633 NC

**ORDER COMPELLING PRODUCTION**

Re: Dkt. No. 24

The City of Oakland is ordered to produce the CRIMS photo at issue. California Penal Code § 11144 clarifies that "[i]t is not a violation of this article to include information obtained from a record in (1) a transcript or record of a judicial or administrative proceeding or (2) any other public record when the inclusion of the information in the public record is authorized by a court, statute, or decisional law." The Court, finding the picture relevant, authorizes the production of the photo to plaintiff, subject to the parties' protective order.

     IT IS SO ORDERED.

     Date:  July 8, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge