YOLANDA HUANG, CA State Bar # 104543
PO Box 5475
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

Attorneys for Plaintiff
RICKEY CLAY aka
BAKARI OLATUNJI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY CLAY also known as BAKARI OLATUNJI<br><br>        Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, DEANNA SANTANA, BLAIR ALEXANDER, R. VAN SLOTEN, MARCOS CAMPOS, DOES 1-250.<br><br>        Defendants. | Case No. C13-4633 NC<br><br>STIPULATION TO CONTINUE DEADLINE CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [PROPOSED] ORDER<br><br>Complaint Filed:  October 7, 2013 |

The parties herein hereby stipulate and jointly apply to the Court for relief from existing deadlines in the above-referenced matter as follows:

The parties had agreed to a voluntary settlement conference with Magistrate Judge Laurel Beeler.  The initial settlement conference was originally held on August 5, 2014.  The parties and Magistrate Judge Beeler have agreed that further settlement discussions would be productive.  At the suggestion of Magistrate Beeler, the parties have agreed engage in certain

informal discovery.  Plaintiff is scheduled to report back to Judge Beeler on September 9, 2014.  It is contemplated that a further settlement conference will be held after September 9, 2014.  The parties and Judge Beeler feel that the interest of justice will be served if the case management conference, currently set for September 10, 2014, were continued until after the parties have had an opportunity to participate in this settlement process.

As a consequence, the parties jointly request that the Court continue the present deadlines for completion of the settlement conference with Judge Beeler, for filing of the joint case management conference statement, the date of the case management conference, the deadlines associated with defendant Santana's 12(c) motion for judgment on the pleadings, and discovery as follows:

- Completion of settlement conference with Judge Laurel Beeler:  October 15, 2014;
- Filing of joint case management conference statement:  November 5, 2014;
- Case management conference:  November 12, 2014, at 10:00 am (or at the same time as the hearing on defendant Santana's 12(c) motion);
- Hearing on defendant Santana's 12(c) motion:  November 12, 2014, at 1:00 pm (or at the same time as the CMC);
- Plaintiff's Opposition to the 12(c) motion due:  October 22, 2014;
- Defendant's Reply in support of the 12(c) motion due:  November 5, 2014;
- Parties agree that the depositions of defendants Santana will be completed by October 21, 2014, if a settlement is not reached; and the deposition of defendant VanSloten will be rescheduled to a mutually convenient time for all parties.

DATED:  August 15, 2014				YOLANDA HUANG, ESQ.


					By:  /s/   *Yolanda Huang*
						YOLANDA HUANG, ESQ.
						Attorney for Plaintiff

Clay v. City of Oakland, et al.

1  | DATED:  August 15, 2014                    OAKLAND CITY ATTORNEY
2
3
4                                                By:  /s/ *Wendy Garbers*
                                                     WENDY GARBERS, ESQ.
5                                                    Attorneys for Defendants
                                                     CITY OF OAKLAND, et al
6

# ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby GRANTS the parties' joint application for continuance of all existing deadlines and hearing and filing dates as follows:

- Completion of settlement conference with Judge Laurel Beeler:  October 15, 2014;
- Filing of joint case management conference statement:  November 5, 2014;
- Case management conference:  November 12, 2014, at ~~10:00 am~~ 1:00 p.m. (~~or at~~ the same time as the hearing on defendant Santana's 12(c) motion);
- Hearing on defendant Santana's 12(c) motion:  November 12, 2014, at 1:00 pm ~~(or at the same time as the CMC)~~;
- Plaintiff's Opposition to the 12(c) motion due:  October 22, 2014;
- Defendant's Reply in support of the 12(c) motion due:  November 5, 2014;
- Parties agree that the depositions of defendants Santana will be completed by October 21, 2014, if a settlement is not reached; and the deposition of defendant VanSloten will be rescheduled to a mutually convenient time for all parties.

IT IS SO ORDERED

Dated:  August 20, 2014



Page 4 of 4

Clay v. City of Oakland, et al.