YOLANDA HUANG, CA State Bar # 104543
PO Box 5475
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

Attorneys for Plaintiff
RICKEY CLAY aka
BAKARI OLATUNJI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY CLAY also known as BAKARI OLATUNJI<br><br>        Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, DEANNA SANTANA, BLAIR ALEXANDER, R. VAN SLOTEN, MARCOS CAMPOS, DOES 1-250.<br><br>        Defendants. | Case No. C13-4633 NC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DATES AND [~~PROPOSED~~] ORDER AS MODIFIED<br><br>Complaint Filed:  October 7, 2013 |

The parties herein hereby stipulate and jointly apply to the Court for relief from existing deadlines in the above-referenced matter as follows:

The parties had agreed to a voluntary settlement conference with Magistrate Judge Laurel Beeler.  The initial settlement conference was originally held on August 5, 2014.  A second settlement conference was held on September 24, 2014.  The parties and Magistrate Judge Beeler have agreed that further settlement discussions would be productive.  It would

promote the possibility of settlement and be in the interest of justice if the case management conference, currently set for November 12, 2014, and certain other deadlines, including those relating to defendants' 12(c) motions, were continued until after the parties have had an opportunity to for further settlement discussions.

As a consequence, the parties jointly request that the Court continue the present deadlines for filing of the joint case management conference statement, the date of the case management conference, defendants' noticed 12c motions, and discovery as follows:

Completion of settlement conference with Judge Laurel Beeler by December 5, 2014;

Plaintiff's Opposition to the 12 (c) motions due:  December 17, 2014;

Deposition of defendant Santana completed by December 30, 2014;

Filing of joint case management conference statement:  January 7, 2015;

Case management conference:  January 14, 2015 at 10:00 am (or at the same time as the 12(c) hearing;

Defendants' 12(c) motions:  January 14, 2015 at 1 pm (or at the same time as the CMC).

DATED:   October 17, 2014                              YOLANDA HUANG, ESQ.


By:  /s/  *Yolanda Huang*
     YOLANDA HUANG, ESQ.
     Attorney for Plaintiff

DATED:   August 8, 2014                                OAKLAND CITY ATTORNEY


By:  /s/  *Wendy Garbers*
     WENDY GARBERS, ESQ.
     Attorneys for Defendants
     CITY OF OAKLAND, et al

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby GRANTS the parties' joint application for continuance of all existing deadlines and hearing and filing dates as follows:

Completion of settlement conference with Judge Laurel Beeler by December 5, 2014;

Plaintiff's Oppositions to the 12(c) motions due:  December 17, 2014;

Filing of joint case management conference statement:  January ~~7~~ 5, 2015;

Case management conference: January ~~14~~ 7, 2015 at  1:00 p.m. ; Courtroom A, San Francisco

Defendants' 12(c) motions:  January ~~14~~ 7, 2015 at  1:00 p.m., Courtroom A, San Francisco.

IT IS SO ORDERED

Dated:   October 21, 2014



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

Page 3 of 3

Clay v. City of Oakland, et al.