YOLANDA HUANG, CA State Bar # 104543
PO Box 5475
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

Attorneys for Plaintiff
RICKEY CLAY aka
BAKARI OLATUNJI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY CLAY also known as BAKARI OLATUNJI<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF OAKLAND, DEANNA SANTANA, BLAIR ALEXANDER, R. VAN SLOTEN, MARCOS CAMPOS, DOES 1-250.<br><br>　　　　　Defendants. | Case No. C13-04633 NC<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL |

The parties hereby move the Court for an order dismissing the above-captioned matter with prejudice.  The parties have agreed that each side shall bear its own costs and fees.

Dated: February 26, 2015

　　　　　　　　　　　　BARBARA J. PARKER, City Attorney
　　　　　　　　　　　　RANDOLPH W. HALL, Chief Assistant City Attorney
　　　　　　　　　　　　JAMES F. HODGKINS, Supervising Trial Attorney
　　　　　　　　　　　　WENDY M. GARBERS, Deputy City Attorney

|   |   |
|---|---|
| 1 | By:   /s/ Wendy Garbers |
| 2 | Attorneys for Defendants, CITY OF OAKLAND, et al. |

Dated: February 26, 2015

LAW OFFICES OF YOLANDA HUANG

By:   /s/ Yolanda Huang
Attorneys for Plaintiff,
RICKEY CLAY

Dated: February 27, 2015



Page 2 of 2

Olatunji v. Oakland